**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

x  2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTORS: John Magnusson & Teresa Magnusson
CASE NO.: 16-17468            Last Four Digits of SS# 1595 & 4288

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $246.13 for months 1 to 6 ;
    B.    $1,384.58 for months 7 to 60 ; in order to pay the following creditors:

Administrative:  Attorney's Fee -    $3,500
                  TOTAL PAID-     $3,500
                  Balance Due     $0.00
                  Payable          N/A

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

|  |  |
|--|--|
|  |  |
|  |  |
|  |  |
|  |  |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS            Total Due  $ 13,291.43
              Payable    $ 221.52 /month  (Months 1 to 60 )

Unsecured Creditors:  Pay $1,000/month (months 7 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

- The following claims will be paid directly:
  - Quicken Loans (Acct No. x0240)
  - Lexus Fin. Services (Acct. No. x0001)
  - American Honda Finance (Acct No. x7044)
- The Debtors will be surrendering collateral to the following secured creditors
  - Seterus, Inc. (Acct No. x8349)
  - Ditech Financial (Acct No. x0442)
- The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

- 100% Language The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

/s/ Michael S. Hoffman, counsel for Debtor(s)
Debtor
Date: 9/2/16